

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSAURA ARREOLA,<br>Individually and on Behalf of the Estate of<br>JASON OROSCO MOLINAR,<br>Deceased, | § <br><br> § <br><br> § | No. 08-20-00133-CV<br><br>Appeal from the |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| UNION PACIFIC RAILROAD,<br>HERBERT DIAZ and BERT FREDRICK<br>HARKNESS, | § <br><br> § | (TC# 2016DCV3664) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2022.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.